FRANK LA SASSO, PROSECUTOR, v. ALEXANDER MacLEOD, JUDGE OF THE PASSAIC COUNTY COURT OF COMMON PLEAS, ET AL., DEFENDANTS.

Argued January 21, 1948—Decided March 17, 1948.

Before Justices DONGES, COLIE and EASTWOOD.

For the prosecutor, *Isadore Rabinowitz.*

For the defendants, *Manfield G. Amlicke.*

The opinion of the court was delivered by

COLIE, J. Frank La Sasso had a rule to show cause why a writ of *certiorari* should not issue to review an order of the Passaic County Court of Common Pleas. Upon the return of the rule, the Supreme Court discharged the rule and its opinion is reported in 136 *N. J. L.* 345. Since the decision in *State* v. *Wood,* 23 *Id.* 560, it has been settled that no appeal will lie from the refusal to allow a writ of *certiorari.* To the same effect: *Daniel B. Frazier Co.* v. *Long Beach,* 110 *Id.* 221.

The motion is denied, with costs.